# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 14, 2009

137997& (41)(42)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEPHEN J. SAFRANEK, EDWARD
C. LYONS, and PHILIP A. PUCILLO,
　　　　Plaintiffs-Appellees,

v

THOMAS STEPHEN MONAGHAN,
　　　　Defendant-Appellant,

and

BERNARD DOBRANSKI,
AVE MARIA SCHOOL OF LAW,
FRIENDS OF AVE MARIA SCHOOL OF
LAW a/k/a AVE MARIA SCHOOL OF LAW
FOUNDATION, and AVE MARIE
FOUNDATION,
　　　　Defendants.

SC: 137997
COA: 289237
Washtenaw CC: 07-001134-CZ

_____/

　　　　On order of the Court, the motion for immediate consideration of the motion for stay and the motion for stay are GRANTED, and enforcement of the order entered by the Washtenaw Circuit Court on November 14, 2008 is stayed until further order of this Court. The application for leave to appeal the December 29, 2008 order of the Court of Appeals remains pending.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 14, 2009

Clerk

p0114